## 9843

### EASLEY LOAN & TRUST CO. v. JEANES.

1. MOTION TO AMEND ANSWER—DISCRETION OF PRESIDING JUDGE.—
After careful consideration of the testimony, this Court is satisfied
that the discretion of the presiding Judge was not erroneously
exercised.

2. DIRECTION OF VERDICT FOR PLAINTIFF.—The record fails to disclose
any testimony showing failure of consideration in the notes sued
upon.

Before MOORE, J., Pickens, Fall term, 1916. Affirmed.

Action by Easley Loan and Trust Company against W.
T. Jeanes. From judgment on directed verdict, defendant appeals.

*Mr. Jas. H. Price,* for appellant, cites: *As to refusal of
motion to amend answer:* Code of Procedure, sec. 224; 86
S. C. 98; Code of Procedure, sec. 194. *As to direction of
verdict:* 74 S. C. 575; 62 S. C. 42; 106 S. C. 32.

*Messrs. McSwain & DuBose,* for respondent, file no
argument.

January 7, 1918.

The opinion of the Court was delivered by MR. CHIEF
JUSTICE GARY.

This is an action on two promissory notes. The defendant pleaded failure of consideration. The defendant made
a motion to amend its answer, so as to allege fraud, but the
motion was refused. At the close of the testimony the
plaintiff made a motion for the direction of a verdict, which
was granted. The defendant appealed on two exceptions.

The first assigns error on the part of his Honor, the presiding Judge, in refusing the motion to amend the answer,
by alleging fraud. After careful consideration of the testimony, this Court is satisfied that the discretion of the Circuit Judge was not erroneously exercised.

The second exception assigns error in directing the jury to find a verdict in favor of the plaintiff, on the ground that there was testimony showing failure of consideration. The record fails to disclose any such testimony.